ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Triun, LLC | ) ASBCA No. 63365 |
| | ) |
| Under Contract No. W912HY-19-C-0024 | ) |

APPEARANCES FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
                                   Kristin E. Zachman, Esq.
                                     Cokinos-Young
                                     San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Erin Zetterstrom, Esq.
                                   Clark Bartee, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Galveston

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 12, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 63365, Appeal of Triun, LLC,
rendered in conformance with the Board's Charter.

Dated:  January 12, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals